

FILED

JUL 2 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## For the District of Columbia

PAETEC Communications, Inc.

           Plaintiff

vs

ATX Communications, Inc., et al.

           Defendant

Civil Action No

CASE NUMBER 1:05CV01485

JUDGE: Rosemary M. Collyer

DECK TYPE: Contract

DATE STAMP: 07/28/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  PAETEC COMMUNICATIONS, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  PAETEC COMMUNICATIONS, INC,  which have any outstanding securities in the hands of the public:

PAETEC COMMUNICATIONS, INC. is a wholly-owned subsidiary of PAETEC CORP. Both corporations are privately-owned Delaware corporations.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Signature*

Jeffrey J. Binder, Esq.

D.C. Bar No. 475821
BAR IDENTIFICATION NO.

Print Name

2510 Virginia Avenue, N.W.
Address

Washington, D.C.    20037
City         State           Zip Code

(202)-965-0199
Phone Number