UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ATX COMMUNICATIONS, INC., *et al.,* <br><br> *Defendants.* | Case No.: 1-05-CV-01485 <br> Judge Rosemary M. Collyer |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. (hereafter "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6 and 7, and the Local Rules of the United States District Court for the District of Columbia, and with the consent of Plaintiff, hereby request an extension of time until September 22, 2005, for Defendants to file its responsive pleading to Plaintiff's Complaint.

Defendants were served with the Complaint on August 1, 2005. Counsel for Defendants was recently retained and is in the process of reviewing the facts and the applicable contracts and needs additional time to respond. Counsel for Defendants conferred with counsel for Plaintiffs regarding the request for an extension of time sought by this Motion, and counsel for Plaintiffs consents to an extension to September 22, 2005.

WHEREFORE, Defendants respectfully request that this Consent Motion for Extension of Time be Granted and that Defendants' time for filing its responsive pleading be extended to September 22, 2005.

                    Respectfully submitted,

                    _____
                    Deborah J. Israel (DC Bar #430841)
                    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
                    1401 Eye Street, N.W., Seventh Floor
                    Washington, D.C. 20005
                    Telephone: (202) 857-4489
                    Facsimile: (202) 467-6910
                    *Counsel for Defendants ATX Communications, Inc., et al.*

Seen and Agreed:               _____

                    Jeffrey J. Binder, Esq. (DC Bar #475821)
                    The Watergate
                    2510 Virginia Avenue, N.W.
                    Washington, D.C. 20037
                    (202) 965-0199
                    *Counsel for Plaintiff PAETEC Communications, Inc.*

Respectfully submitted,

_____
Deborah J. Israel (DC Bar #430841)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
Facsimile: (202) 467-6910
*Counsel for Defendants ATX Communications, Inc., et al.*

Seen and Agreed:

_____
Jeffrey J. Binder, Esq. (DC Bar #475821)
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 965-0199
*Counsel for Plaintiff PAETEC Communications, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th August, 2005, that a true and correct copy of the foregoing Consent Motion for Extension of Time has been served via United States First-Class Mail, proper postage, on the following:

> Jeffrey J. Binder, Esq.
> The Watergate
> 2510 Virginia Avenue, N.W.
> Washington, D.C. 20037
> *Counsel for Plaintiff*

_____
Deborah J. Israel