UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ATX COMMUNICATIONS, INC., *et al.*, )<br>)<br>*Defendants*. ) | Case No.: 1-05-CV-01485<br>Judge Rosemary M. Collyer |

## ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time filed by Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. ("Defendants") it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Defendants' time for filing its pleading responsive to Plaintiff's Complaint shall be extended to September 22, 2005.

It is so Ordered.

_____
United States District Court Judge

Copies to:

Deborah J. Israel, Esq.
Michael R. Sklaire, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005

Jeffrey J. Binder, Esq.
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037