UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAETEC COMMUNICATIONS, INC.,

    *Plaintiff*,

v.

ATX COMMUNICATIONS, INC., *et al.*,

    *Defendants*.

Case No.: 1-05-CV-01485
Judge Rosemary M. Collyer

### CONSENT MOTION FOR EXTENSION OF TIME

Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. (hereafter "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6 and 7, and the Local Rules of the United States District Court for the District of Columbia, and with the consent of Plaintiff, hereby request an extension of time until October 17, 2005, for Defendants to file its responsive pleading to Plaintiff's Complaint, and in support, state as follows:

Plaintiff alleges in its Complaint that Defendant owes Plaintiff over $139,910 based upon services rendered between 2000 and 2005. (Complaint, at ¶¶ 16, 19). However, on January 15, 2004, Defendants filed voluntary petitions for relief under Chapter 11 in the United States Bankruptcy Court for the Southern District of New York. *In re CoreComm New York, et al.*, Case No. 04-10214 (PCB) (S.D.N.Y. 2004). During the past week, Plaintiff and Defendant, through counsel, have discussed whether the claims set forth in the Complaint were resolved in

those bankruptcy proceedings, in an attempt to narrow the issues and/or resolve the case. Those efforts were unsuccessful.

Defendants are requesting a one-week extension to properly investigate and respond to the allegations set forth in the Complaint as they may be affected by the Orders of the Bankruptcy Court. Counsel for Defendants conferred with counsel for Plaintiff regarding the request for an extension of time sought by this Motion, and counsel for Plaintiff consents to an extension to October 17, 2005.

WHEREFORE, Defendants respectfully request that this Consent Motion for Extension of Time be Granted and that Defendants' time for filing its responsive pleading be extended to October 17, 2005.

Respectfully submitted,

_____
Deborah J. Israel (DC Bar #430841)
Michael R. Sklaire (DC Bar # 445364
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
Facsimile: (202) 467-6910
*Counsel for Defendants ATX Communications, Inc., et al.*

Seen and Agreed:

_____
Jeffrey J. Binder, Esq. (DC Bar #475821)
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 965-0199
*Counsel for Plaintiff PAETEC Communications, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this \_11th\_ day of October, 2005, that a true and correct copy of the foregoing Consent Motion for Extension of Time has been served via United States First-Class Mail, proper postage, on the following:

>Jeffrey J. Binder, Esq.
>The Watergate
>2510 Virginia Avenue, N.W.
>Washington, D.C. 20037
>*Counsel for Plaintiff*

Michael R. Sklaire