UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ATX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No.: 1-05-CV-01485 <br> Judge Rosemary M. Collyer |

## DEFENDANTS' RESPONSE TO COURT'S
## OCTOBER 14, 2005 MINUTE ENTRY ORDER

Defendants, ATX Communications, f/k/a Corecomm Holdco, Inc., ATX Communications Services, Inc., ATX Licensing, Inc., CoreComm Communications, Inc., and CoreComm Newco, Inc. ("Defendants"), by their counsel Womble Carlyle Sandridge & Rice PLLC, hereby respond to the Court's October 14, 2005 Minute Entry Order requiring Defendants to explain their failure to file either a timely answer or a timely request for an extension of time to answer.

1. On August 19, 2005, the Court granted Defendants' Consent Motion for Extension of Time until September 22, 2005, to respond to the Complaint filed by Plaintiff, PAETEC Communications, Inc. ("Plaintiff").

2. From August 19, 2005 until on or about September 15, 2005, representatives for Plaintiff and Defendants endeavored in good faith to resolve the outstanding issues giving rise to Plaintiff's Complaint.

3.   On September 15, 2005, counsel for Defendant contacted counsel for Plaintiff and discussed seeking another extension of time until October 10, 2005, so that the parties could continue to pursue an amicable resolution of their differences. Counsel for Plaintiff consented to the extension, and agreed that counsel for Defendant could file the Consent Motion for Extension of Time.

4.   On September 15, 2005, the undersigned counsel prepared the Consent Motion for Extension of Time, and a proposed Order, copies of which are attached hereto at Exhibit A, but through inadvertence, the document was not electronically filed.

5.   The parties, however, continued to interact as if the Consent Motion had been filed. During the week of October 3, 2005, counsel for Defendants and counsel for Plaintiff engaged in several conversations concerning the entities involved in the allegations in the Complaint, and the impact of Defendants' bankruptcy proceeding in the Southern District of New York, in a further attempt to either resolve or narrow the allegations in the Complaint.[1]

6.   On or about October 10, 2005, undersigned counsel spoke with Plaintiff's counsel, and sought consent to file another Consent Motion for Extension of Time, so that Defendants could fully explore the impact of the bankruptcy proceedings. Counsel for Plaintiff reviewed the Motion, agreed to the short extension, and the Motion was filed electronically.

7.   Undersigned counsel apologizes to the Court for this inadvertent failure to file the September 15, 2005 Consent Motion. However inadvertent, counsel understands the potential ramifications of this failure. Both sides believed that the Motion had been properly filed, have continued to interact as if it had been filed, and no prejudice could be claimed by Plaintiff.

---

[1]   Defendants were Debtors in a consolidated Chapter 11 proceeding, and believe that the claims alleged in this action were resolved in, or are precluded by, the Amended Plan of Reorganization.

8.  Defendants respectfully request that this Court permit them to file their response to the Complaint on Monday, October 17, 2005, in accordance with the parties' agreement.

                Respectfully submitted,

                /s/
_____
Deborah J. Israel (D.C. Bar No. 430841)
Michael R. Sklaire (D.C. Bar No. 445364)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel: (202) 857-4466
Fax: (202) 267-6910

*Counsel for Defendants ATX Communications,, ATX Communications Services, Inc., ATX Licensing, Inc., CoreComm Communications, Inc., and CoreComm Newco, Inc.*