UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ATX COMMUNICATIONS, INC., *et al.,* <br><br> *Defendants.* | Case No.: 1-05-CV-01485 <br> Judge Rosemary M. Collyer |

### CONSENT MOTION FOR EXTENSION OF TIME

Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. (hereafter "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6 and 7, and the Local Rules of the United States District Court for the District of Columbia, and with the consent of Plaintiff, hereby request an extension of time until October 10, 2005, for Defendants to file its responsive pleading to Plaintiff's Complaint.

In the past several weeks, Plaintiff and Defendants' have been meeting to narrow the issues and discuss possible resolution; and Defendants are requesting a short and extension to further explore these discussions. Counsel for Defendants conferred with counsel for Plaintiffs regarding the request for an extension of time sought by this Motion, and counsel for Plaintiffs consents to an extension to October 10, 2005.

WASHINGTON 156696v1

WHEREFORE, Defendants respectfully request that this Consent Motion for Extension of Time be Granted and that Defendants' time for filing its responsive pleading be extended to October 10, 2005.

Respectfully submitted,

_____
Deborah J. Israel (DC Bar #430841)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
Facsimile: (202) 467-6910
*Counsel for Defendants ATX Communications, Inc., et al.*

Seen and Agreed:

_____
Jeffrey J. Binder, Esq. (DC Bar #475821)
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 965-0199
*Counsel for Plaintiff PAETEC Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of September, 2005, that a true and correct copy of the foregoing Consent Motion for Extension of Time has been served via United States First-Class Mail, proper postage, on the following:

>Jeffrey J. Binder, Esq.
>The Watergate
>2510 Virginia Avenue, N.W.
>Washington, D.C.  20037
>*Counsel for Plaintiff*

_____
Deborah J. Israel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ATX COMMUNICATIONS, INC., *et al.*, )<br>)<br>*Defendants*. ) | Case No.: 1-05-CV-01485<br>Judge Rosemary M. Collyer |

## ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time filed by Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. ("Defendants") it is hereby ORDERED that said Motion is **GRANTED.**

It is further ORDERED that Defendants' time for filing its pleading responsive to Plaintiff's Complaint shall be extended to October 10, 2005.

It is so Ordered.

_____
United States District Court Judge

Copies to:

Deborah J. Israel, Esq.
Michael R. Sklaire, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C.  20005

Jeffrey J. Binder, Esq.
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C.  20037

WASHINGTON 156696v1