UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CORECOMM NEW YORK, INC., | : | Case No. 04-10214 (PCB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CORECOMM SERVICES, LLC, | : | Case No. 04-10215 (PCB) |
| | : | |
| Debtors. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ATX TELECOMMUNICATIONS SERVICES OF VIRGINIA, LLC, | : | Case No. 04-10216 (PCB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ATX COMMUNICATIONS, INC., | : | Case No. 04-10217 (PCB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CCL HISTORICAL, INC., | : | Case No. 04-10218 (PCB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FIBERSTREAM, INC., | : | Case No. 04-10219 (PCB) |
| | : | |
| Debtor. | : | |

------------------------------------------------------------x

```
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
FIBERSTREAM OF NEW YORK, INC.,                  :   Case No. 04-10222 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM                                        :   Case No. 04-10220 (PCB)
COMMUNICATIONS, INC.,                           :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM ILLINOIS, INC.,                        :   Case No. 04-10224 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM INDIANA, INC.,                         :   Case No. 04-10221 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM MICHIGAN, INC.,                        :   Case No. 04-10223 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM NEWCO, INC.,                           :   Case No. 04-10225 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM MASSACHUSETTS, INC.,                   :   Case No. 04-10226 (PCB)
                                                :
            Debtor.                             :
------------------------------------------------x
```

```
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM MISSOURI, INC.,                        :   Case No. 04-10227 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM NEW JERSEY, INC.,                      :   Case No. 04-10229 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM OHIO, INC.,                            :   Case No. 04-10230 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM PENNSYLVANIA, INC.,                    :   Case No. 04-10232 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM RHODE ISLAND, INC.,                    :   Case No. 04-10234 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM VERMONT, INC.,                         :   Case No. 04-10228 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
In re                                           :   Chapter 11
                                                :
CORECOMM WEST VIRGINIA, INC.,                   :   Case No. 04-10235 (PCB)
                                                :
         Debtor.                                :
------------------------------------------------x
```

```
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
CORECOMM WISCONSIN, INC.,               :   Case No. 04-10231 (PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
FCC HOLDCO I, INC.,                     :   Case No. 04-10233 (PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
CORTELYOU                               :   Case No. 04-10236 (PCB)
COMMUNICATIONS CORP.,                   :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
DIGICOM, INC.,                          :   Case No. 04-10238 (PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
CORECOMM - ATX, INC.,                   :   Case No. 04-10240 (PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
ATX LICENSING, INC.,                    :   Case No. 04-10237 (PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
In re                                   :   Chapter 11
                                        :
CORECOMM - VOYAGER, INC.,               :   Case No. 04-_10239(PCB)
                                        :
        Debtor.                         :
------------------------------------------------x
```

```
---------------------------------------------------x
In re                                  :  Chapter 11
                                       :
VOYAGER DATA SERVICES, INC.,           :  Case No. 04-10241 (PCB)
                                       :
        Debtor.                        :
---------------------------------------------------x
In re                                  :  Chapter 11
                                       :
VOYAGER INFORMATION                    :  Case No. 04-10242 (PCB)
NETWORKS, INC.,                        :
        Debtor.                        :
---------------------------------------------------x
In re                                  :  Chapter 11
                                       :
HORIZON                                :  Case No. 04-10244 (PCB)
TELECOMMUNICATIONS, INC.,              :
        Debtor.                        :
---------------------------------------------------x
In re                                  :  Chapter 11
                                       :
CORECOMM INTERNET GROUP, INC.,         :  Case No. 04-10243 (PCB)
                                       :
        Debtor.                        :
---------------------------------------------------x
In re                                  :  Chapter 11
                                       :
MEGSINET INTERNET, INC.,               :  Case No. 04-10245 (PCB)
                                       :
        Debtor.                        :
---------------------------------------------------x
```

## ORDER AUTHORIZING JOINT ADMINISTRATION, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the joint administration of the Debtors' cases under chapter 11 of title 11 of the United States Code; and notice having been given as set forth in the Motion; and it appearing that no other or further notice is required; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED that:

1. The Motion is granted.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 04-10214 (PCB) in accordance with the provisions of Bankruptcy Rule 1015, and the joint caption of the cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                : Chapter 11
                                     :
CORECOMM NEW YORK, INC., et al.,     : Case No. 04-10214 (PCB)
                                     :
            Debtors.                 : (Jointly Administered)
------------------------------------------------------x

3. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, all original docket entries shall be made in the case of <u>CoreComm New York, Inc., et al.</u>, Case No. 04-10214 (PCB), and a docket entry shall be made in the other Debtors' chapter 11 cases substantially as follows:

> "An order has been entered in this case consolidating this case with the chapter 11 cases of <u>CoreComm New York, Inc., et al.</u>, Case No. 04-10214 (PCB) for procedural purposes only and providing for its joint administration in accordance with the terms thereof."

      4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:    New York, New York
               January 15, 2004

                                        /s/ Prudence Carter Beatty
                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE