**PAETEC COMMUNICATIONS** | *passionate about quality*℠

*Via Federal Express*

May 14, 2004

United States Bankruptcy Court
Southern District of New York
RE: CoreComm New York, Inc., et al.
One Bowling Green
Room 511
New York, NY 10004-1408

Re:  CoreComm New York, Inc., et al. Chapter 11, Case No. 04-10214 (PCB)

To Whom It May Concern:

Enclosed for filing please find a Proof of Claim form submitted on behalf of PAETEC Communications, Inc., a creditor in the above proceeding. Please acknowledge this filing by date-stamping the additional copy of the Proof of Claim and returning it to me in the enclosed stamped, self-addressed envelope.

Very truly yours,

*Judith Messenger*

Judith Messenger
Senior Regulatory Analyst & CABS Coordinator
PAETEC Communications, Inc.



RECEIVED
MAY 18 2004
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

PAETEC Communications, Inc. | One PAETEC Plaza | 600 WillowBrook Office Park | Fairport, NY 14450

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | PROOF OF CLAIM | |
|---|---|---|---|
| Name of Debtor<br>CoreComm-ATX, Inc. | Case Number:<br>04-10240 (PCB) | This Space is For Court Use Only<br>Your claim is scheduled by the Debtors as:<br>F- VENDOR PAYABLES | |
| | | CLASSIFICATION | AMOUNT |
| | | UNSECURED Disputed | 66,696.48 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

NAME AND ADDRESS OF CREDITOR (the person or entity to whom the debtor owes money or property). If address is incorrect, please insert correct address.

006192-0191A-017
PAETEC COMMUNICATIONS INC
ONE PAETEC PLAZA
600 WILLOWBROOK OFFICE PARK
FAIRPORT NY 14450-4212

Phone Number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the Bankruptcy Court.

U.S.B.C. S.D.N.Y.
CORECOMM NEW YORK, INC., ET AL.
CHAPTER 11   CASE NO: 04-10214(PCB)
CLAIM NUMBER:   00409

If there is an amount shown, you have a claim scheduled by the Debtors as shown. IF YOU AGREE WITH THE AMOUNT SCHEDULED BY THE DEBTORS AND HAVE NO OTHER CLAIMS AGAINST THE DEBTORS, YOU DO NOT NEED TO FILE THIS PROOF OF CLAIM, EXCEPT AS FOLLOWS: If the amount shown is DISPUTED, UNLIQUIDATED, or CONTINGENT, a proof of claim MUST be filed in order to recover any distributions in respect to your claim. If you have already filed your proof of claim with the Bankruptcy Court, you do not need to file again.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 0004

Check here if this claim: ☐ replaces
☐ amends a previously filed claim, dated: _____

1. BASIS FOR CLAIM:
☐ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Last four digits of social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

2. DATE DEBT WAS INCURRED: 11/1/02 - 2/11/04   3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED: $ 70,782.21 _____ _____ $ 70,782.21
  (Unsecured)   (Secured)   (Priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. SECURED CLAIM.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

6. UNSECURED NONPRIORITY CLAIM $ 70,782.21
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. UNSECURED PRIORITY CLAIM.
☐ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650*), earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507 (a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. § 507 (a)(6).
☐ Alimony, maintenance or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507 (a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507 (a)(8).
☐ Other- specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. CREDITS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.
THE ORIGINAL OF THIS PROOF OF CLAIM MUST BE SENT SO THAT IT IS RECEIVED ON OR BEFORE 5:00 P.M., EASTERN TIME, ON MAY 24, 2004.

IF PROOF OF CLAIM IS SENT BY MAIL, SEND TO:
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
RE: CORECOMM NEW YORK, INC., ET AL.
P.O. BOX 5077, BOWLING GREEN STATION
NEW YORK, NY 10274

IF PROOF OF CLAIM IS SENT BY HAND DELIVERY OR OVERNIGHT COURIER, SEND TO:
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
RE: CORECOMM NEW YORK, INC., ET AL.
ONE BOWLING GREEN, ROOM 511
NEW YORK, NY 10004-1408.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
MAY 18 2004
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Please see instructions on back of Proof of Claim.

Date: 5/6/04

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
*Larissa C. Herbony* Larissa A. Herbony

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

4065

| BAN | USER_INVOICE_NUM | BILL_DATE | AMOUNT_DUE | JURIS | BALANCE |
|---|---|---|---|---|---|
| 4716D0004 | D0004021104 | 11/1/2002 0:00 | $ 161.05 | ST | $ 0.53 |
| 4084D0004 | D0004021203 | 12/1/2002 0:00 | $ 624.12 | IS | $ 426.04 |
| 4534D0004 | D0004021203 | 12/1/2002 0:00 | $ 314.79 | ST | $ 0.32 |
| 4716D0004 | D0004021203 | 12/1/2002 0:00 | $ 119.26 | ST | $ 0.06 |
| 2680D0004 | D0004021212 | 12/11/2002 0:00 | $ 3,953.42 | IS | $ 114.90 |
| 4084D0004 | D0004030106 | 1/1/2003 0:00 | $ 602.69 | IS | $ 598.07 |
| 4084D0004 | D0004030106 | 1/1/2003 0:00 | $ 602.69 | ST | $ 4.62 |
| 2680D0004 | D0004030114 | 1/11/2003 0:00 | $ 4,703.15 | ST | $ 94.76 |
| 4084D0004 | D0004030203 | 2/1/2003 0:00 | $ 690.25 | IS | $ 687.73 |
| 4084D0004 | D0004030203 | 2/1/2003 0:00 | $ 690.25 | ST | $ 2.52 |
| 4534D0004 | D0004030203 | 2/1/2003 0:00 | $ 459.08 | IS | $ 1.66 |
| 4084D0004 | D0004030304 | 3/1/2003 0:00 | $ 682.53 | IS | $ 679.07 |
| 4084D0004 | D0004030304 | 3/1/2003 0:00 | $ 682.53 | ST | $ 3.46 |
| 2680D0004 | D0004030312 | 3/11/2003 0:00 | $ 5,720.10 | IS | $ 94.63 |
| 4084D0004 | D0004030402 | 4/1/2003 0:00 | $ 771.74 | IS | $ 766.33 |
| 4084D0004 | D0004030402 | 4/1/2003 0:00 | $ 771.74 | ST | $ 5.41 |
| 4716D0004 | D0004030402 | 4/1/2003 0:00 | $ 707.02 | IS | $ 707.01 |
| 4716D0004 | D0004030402 | 4/1/2003 0:00 | $ 707.02 | ST | $ 0.01 |
| 4989D0004 | D0004030402 | 4/1/2003 0:00 | $ 1,019.39 | IS | $ 0.02 |
| 2680D0004 | D0004030414 | 4/11/2003 0:00 | $ 7,400.97 | IS | $ 109.37 |
| 4084D0004 | D0004030502 | 5/1/2003 0:00 | $ 729.08 | ST | $ 2.30 |
| 4989D0004 | D0004030502 | 5/1/2003 0:00 | $ 1,026.46 | IS | $ 0.01 |
| 4084D0004 | D0004030603 | 6/1/2003 0:00 | $ 788.61 | IS | $ 3.20 |
| 4084D0004 | D0004030701 | 7/1/2003 0:00 | $ 604.31 | IS | $ 109.45 |
| 4534D0004 | D0004030701 | 7/1/2003 0:00 | $ 1,512.78 | IS | $ 256.99 |
| 4716D0004 | D0004030701 | 7/1/2003 0:00 | $ 960.03 | IS | $ 164.29 |
| 4989D0004 | D0004030701 | 7/1/2003 0:00 | $ 666.38 | IS | $ 124.75 |
| 2680D0004 | D0004030715 | 7/11/2003 0:00 | $ 6,153.32 | IS | $ 168.12 |
| 4717D0004 | D0004030729 | 7/26/2003 0:00 | $ 57.24 | IS | $ (419.19) |
| 4717D0004 | D0004030828 | 8/26/2003 0:00 | $ 69.55 | IS | $ (200.48) |
| 4084D0004 | D0004030903 | 9/1/2003 0:00 | $ 510.67 | IS | $ 498.81 |
| 4084D0004 | D0004030903 | 9/1/2003 0:00 | $ 510.67 | ST | $ 11.86 |
| 4716D0004 | D0004030903 | 9/1/2003 0:00 | $ 799.09 | IS | $ 1.34 |
| 4989D0004 | D0004030903 | 9/1/2003 0:00 | $ 475.80 | IS | $ 475.43 |
| 4989D0004 | D0004030903 | 9/1/2003 0:00 | $ 475.80 | ST | $ 0.37 |
| 2680D0004 | D0004030912 | 9/11/2003 0:00 | $ 6,345.01 | IS | $ 124.73 |
| 4152D0004 | D0004030912 | 9/11/2003 0:00 | $ 1,948.42 | IS | $ 1,606.39 |
| 4153D0004 | D0004030917 | 9/16/2003 0:00 | $ 9,057.38 | IS | $ 11.27 |
| 4717D0004 | D0004030929 | 9/26/2003 0:00 | $ 67.30 | IS | $ (20.08) |
| 4084D0004 | D0004031001 | 10/1/2003 0:00 | $ 609.66 | IS | $ 601.11 |
| 4084D0004 | D0004031001 | 10/1/2003 0:00 | $ 609.66 | ST | $ 8.55 |
| 4534D0004 | D0004031001 | 10/1/2003 0:00 | $ 1,286.16 | IS | $ 1,285.43 |
| 4534D0004 | D0004031001 | 10/1/2003 0:00 | $ 1,286.16 | ST | $ 0.73 |
| 4716D0004 | D0004031001 | 10/1/2003 0:00 | $ 822.45 | IS | $ 817.55 |
| 4716D0004 | D0004031001 | 10/1/2003 0:00 | $ 822.45 | ST | $ 4.90 |
| 4989D0004 | D0004031001 | 10/1/2003 0:00 | $ 512.78 | IS | $ 512.26 |
| 4989D0004 | D0004031001 | 10/1/2003 0:00 | $ 512.78 | ST | $ 0.52 |
| 2680D0004 | D0004031013 | 10/11/2003 0:00 | $ 6,752.34 | IS | $ 3,943.17 |
| 2680D0004 | D0004031013 | 10/11/2003 0:00 | $ 6,752.34 | ST | $ 2,809.17 |
| 4152D0004 | D0004031013 | 10/11/2003 0:00 | $ 2,994.07 | IS | $ 2,981.03 |
| 4152D0004 | D0004031013 | 10/11/2003 0:00 | $ 2,994.07 | ST | $ 13.04 |

| | | | | | |
|---|---|---|---|---|---|
| 3083D0004 | D0004040116 | 1/16/2004 0:00 | $ 121.64 | IS | $ 113.79 |
| 4153D0004 | D0004040116 | 1/16/2004 0:00 | $ 3,589.22 | IS | $ 3,354.88 |
| 4153D0004 | D0004040116 | 1/16/2004 0:00 | $ 3,589.22 | ST | $ 2.78 |
| 4534D0004 | D0004040202 | 2/1/2004 0:00 | $ 330.05 | IS | $ 138.41 |
| 4716D0004 | D0004040202 | 2/1/2004 0:00 | $ 218.64 | IS | $ 91.69 |
| 4989D0004 | D0004040202 | 2/1/2004 0:00 | $ 156.31 | IS | $ 65.55 |
| 2680D0004 | D0004040212 | 2/11/2004 0:00 | $ 530.01 | ST | $ 51.29 |
| 4152D0004 | D0004040211 | 2/11/2004 0:00 | $ 415.08 | IS | $ 40.17 |
| 4874D0004 | D0004040211 | 2/11/2004 0:00 | $ 181.76 | IS | $ 17.59 |
| | | | | | $ 70,782.21 |