Executory Contracts to be Assumed

| Type of Contract | Title of Contract/ Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Consulting | Paymentech | 9/30/2003 | 4 Northeastern Blvd., Salem NH 03079 | - |
| Consulting | McCarthy Burgess & Wolff | 8/5/2003 | 26000 Cannon Rd, Cleveland OH 44146 | - |
| Consulting | Paymentech LP | 2/21/2003 | 4 Northeastern Blvd Salem NJ 03079 | - |
| Consulting | D&B | 2/13/2003 | PO Box 75542, Chicago IL 60675 | 4,080.94 |
| Consulting | Trans Union Corp | 3/5/2002 | 760 Sproul Rd, Springfield PA 19064 | 16,656.61 |
| Consulting | Eaton Computer, Inc. | 8/10/2000 | 1643 North Barron St. Eaton, OH 45320 | - |
| Consulting | CTI Billing Solutions, Inc. f/k/a Centillion Data Systems, Inc | 8/10/1995 | 333 North Alabama Street Suite 240 Indianapolis, IN 46204-1767 | - |
| Entertainment Agreement | Jason Gonella - Philadelphia Eagles | 2/21/2003 | One NovaCare Way, Phila PA 19145 | - |
| Entertainment Agreement | Lee Somoroski - Philadelphia Eagles | 10/11/2002 | One NovaCare Way, Phila PA 19145 | - |
| Entertainment Agreement | Eagles Stadium Operator, LCC | 8/1/2001 | 1 NovaCare Way, Philadelphia, PA, 19145 | - |
| Insurance Policy | Guardian Life | 7/1/1999 | P.O. BOX 11440A NEW YORK NY 10286 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/2003 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | American Intl Specialty Lines Insurance Co | 11/14/2003 | 175 Water St, NY NY 10038 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 9/1/2003 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Great American Assurance Company | 6/1/2003 | PO Box 2575, Cincinnati OH 45201 | - |
| Insurance Policy | Gulf Insurance Co | 5/9/2003 | 125 Broad St, NY NY 10005 | - |
| Insurance Policy | National Union Fire Ins Co of Pittsburgh PA - Member of AIG American Intl Companies | 9/1/2003 | 70 Pine St NY NY 10270 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/2002 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/2001 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/2000 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/1999 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/1999 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Centennial Insurance Company | 9/1/1998 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 6/1/2002 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 6/1/2001 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 6/1/2000 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 6/1/1999 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Atlantic Mutual Insurance Co. | 6/1/1998 | 140 Broadway NY NY 10005 | - |
| Insurance Policy | Gulf Insurance Co | 5/9/2001 | 125 Broad St, NY NY 10005 | - |
| Insurance Policy | Gulf Insurance Co | 5/9/2002 | 125 Broad St, NY NY 10005 | - |

| Type of Contract | Title of Contract/ Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Insurance Policy | Lubermen's Mutual Casualty Company (Kemper) | 9/1/2000 | 1 Kemper Drive, Long Grove, IL 60049-0001 | - |
| Insurance Policy | Lubermen's Mutual Casualty Company (Kemper) | 6/1/2001 | 1 Kemper Drive, Long Grove, IL 60049-0001 | - |
| Insurance Policy | Lubermen's Mutual Casualty Company (Kemper) | 6/1/2002 | 1 Kemper Drive, Long Grove, IL 60049-0001 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 8/10/2000 | 3635 Concorde Parkway Sutie 200 Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers, LTD. | 7/14/2000 | 3635 Concorde Prky Ste 200 Chantilly VA 20151 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 9/28/1998 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 9/9/1998 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 12/12/1997 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 8/22/1996 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 10/5/1995 | 3635 Concorde Parkway Suite 200 Chantilly VA 20151-1130 | 21,200.00 |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 8/21/1995 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 5/26/1995 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 4/25/1995 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 9/16/1994 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 6/29/1994 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers Ltd | 3/14/1994 | 3635 Concorde Parkway, Suite 200, Chantilly VA 20151-1130 | - |
| Internet Protocol Assignment Agreement | American Registry for Internet Numbers LTd | 2/15/1991 | 3635 Concorde Parkway Suite 200 Chantilly VA 20151-1130 | - |
| Other | Womensforum.com | 2/15/2001 | 444 N Michigan Ave Suite 3550 Chicago IL 60611 | - |
| Other | Stoneage.com | 9/1/2000 | 888 W. Big Beaver Rd, 10th Fl, MI 48084 | - |
| Other | Goodrich Investments LLC | 5/1/2000 | 1950 Samora Drive, Rowland Heights CA 91748 | - |
| Other | Quantum Communications International Inc | 1/20/1999 | RR 2 2199 Centre Rd, Campbellville Ontario LOP1BO | - |

| Type of Contract | Title of Contract/Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Other | Christopher Michaels | 10/4/1998 | 4660 S Hagadorn Suite 320 East Lansing MI 48823 | - |
| Release and/or Settlement Agreement | Law Bureau Prosecutory Staff PA PUC | 1/9/2004 | 400 North St, Commonwealth Keystone Bldg 3rd Flr Harrisburg PA 17120 | - |
| Sales & Marketing Agreement | QED Sales | 12/23/2003 | 805 N Bethlehem Pike, Spring House PA 19477 | - |
| Sales & Marketing Agreement | Gateway Defender Outsourcing | 12/22/2003 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | Gateway Defender Colocation | 12/22/2003 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | Gateway Defender Outsourcing | 12/22/2003 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | LCI | 12/17/2003 | 477 Deborah Dr. Akron OH 44319 | - |
| Sales & Marketing Agreement | Garland Communication Systems Inc | 12/8/2003 | 2303 Panther Valley Rd, Pottsville PA 17901 | - |
| Sales & Marketing Agreement | CRA Group | 12/3/2003 | PO Box 10, Bradley Beach NJ 07720 | - |
| Sales & Marketing Agreement | Nick Teta | 11/24/2003 | PO Box 2566, West Chester PA 19380 | - |
| Sales & Marketing Agreement | Secure Haven | 11/20/2003 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | OSBA Ohio State Bar Association | 11/18/2003 | 1700 Lake Shore Dr, Colombus OH 43216 | - |
| Sales & Marketing Agreement | OSBA Ohio State Bar Association | 11/18/2003 | 1700 Lake Shore Dr, Colombus OH 43216 | - |
| Sales & Marketing Agreement | Barry Berman | 11/18/2003 | 1759 County Club Dr, Cherry Hill NJ 08003 | - |
| Sales & Marketing Agreement | Telesis Management | 10/30/2003 | 11720 Sunrise Valley Drive, Suite 011, Reston VA 20191 | - |
| Sales & Marketing Agreement | Two Rivers Area Chamber of Commerce | 10/24/2003 | One South Third St, Ninth Flr, Easton PA 18042 | - |
| Sales & Marketing Agreement | PA Association of Mortgage Brokers | 10/22/2003 | 2405 Park Dr, Suite 202, Harrisburg PA 17110 | - |
| Sales & Marketing Agreement | InterNetworking Inc | 10/2/2003 | PO Box 852, Milford DE 19963 | - |
| Sales & Marketing Agreement | Telecorp Inc | 10/2/2003 | 1535 Gateway Blvd, Woodbury NJ 08096 | - |
| Sales & Marketing Agreement | Schuylkill Chamber of Commerce | 10/1/2003 | 91 S Progress Ave, Pottsville PA 17901 | - |
| Sales & Marketing Agreement | Chester County Chamber of Business & Industry | 9/23/2003 | 1600 Paoli Pike Malvern PA 19355 | - |
| Sales & Marketing Agreement | Terry O'Donnell | 9/17/2003 | 3727 Vale View Dr, Allentown PA 18103 | - |
| Sales & Marketing Agreement | Delmarva Communications | 9/16/2003 | 113 J&M Drive, New Castle DE 19702 | - |
| Sales & Marketing Agreement | Ascend Enterprises | 9/15/2003 | 132 Slatewood Court, Bethel Park, PA 15102 | - |
| Sales & Marketing Agreement | Drew Meade | 9/4/2003 | 1830 Colt Rd, media PA 19063 | - |
| Sales & Marketing Agreement | Teknaspan | 8/25/2003 | 500 Abbot Drive, 2nd Floor, Broomall, PA 19008 | - |
| Sales & Marketing Agreement | Aerotel Communications | 8/16/2003 | 145 Highway 33, Manaplan NJ 07726 | - |
| Sales & Marketing Agreement | L&S Consulting | 8/7/2003 | 415 Woodland Ave, Cherry Hill NJ 08002 | - |
| Sales & Marketing Agreement | Advance Telephone Service Inc | 7/17/2003 | PO Box 782, Whitehall PA 18052 | - |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | 4Safe.com | 7/1/2003 | PO Box 23387 San Jose CA 95153 | - |
| Sales & Marketing Agreement | NJ Motor Truck Association | 6/30/2003 | 160 Tices Lane, E Brunswick NJ 08816 | - |
| Sales & Marketing Agreement | Integrated network Consulting | 6/25/2003 | 1763 E. ROUTE 70 SUITE 209 CHERRY HILL NJ 08003 | - |
| Sales & Marketing Agreement | Indiana Web Academy | 6/23/2003 | 101 W Ohio St, Suite 500, Indianapolis IN 46204 | |
| Sales & Marketing Agreement | Ocean Computer Group | 6/16/2003 | 1750 Brielle Ave, Ocean, NJ 07712 | - |
| Sales & Marketing Agreement | Mark Dixon | 6/14/2003 | 806 Stonybrook Lane, Lewisbury PA 17339 | - |
| Sales & Marketing Agreement | Technology Resources Group Inc | 6/10/2003 | PO Box 1243, Ocean Pines MD 21811 | |
| Sales & Marketing Agreement | The E-Source Group | 6/2/2003 | 3701 market St, Philadelphia, PA 19104 | |
| Sales & Marketing Agreement | Delaware County Chamber of Commerce | 5/29/2003 | 602 East Baltimore Pike, Media PA 19063 | |
| Sales & Marketing Agreement | Admiral Integration | 5/15/2003 | 1950 Old Cuthbert Rd, Suite L, Cherry Hill NJ 08034 | |
| Sales & Marketing Agreement | Telesys Global LLC | 5/6/2003 | 571 South Duncan Ave, Clearwater FL 33756 | - |
| Sales & Marketing Agreement | DOCISP.com | 5/2/2003 | 1100 First Ave, Suite 100, King of Prussia PA 19406 | - |
| Sales & Marketing Agreement | V-Linc Inc | 4/21/2003 | 4919 Township Line Rd, Drexel Hill PA 19026 | 910.79 |
| Sales & Marketing Agreement | Joseph A Fitz | 4/18/2003 | 121 Colleen Dr, Blakeslee PA 18610 | - |
| Sales & Marketing Agreement | Linda Popper | 4/17/2003 | 1016 Euclid Ave, Wilmington DE 19890 | |
| Sales & Marketing Agreement | Haresh Sheth | 4/15/2003 | Po Box 23, Franklin Park NJ 08823 | - |
| Sales & Marketing Agreement | Bayard Communications | 4/8/2003 | 1360 Old Freeport Rd, Pittsburgh PA 15238 | |
| Sales & Marketing Agreement | John J Gallagher & Assoc | 3/18/2003 | 643 Turner Ave, Drexel Hill PA 19026 | |
| Sales & Marketing Agreement | Keith Marks | 3/18/2003 | 304 Glen View Circle, Lititz PA 17543 | |
| Sales & Marketing Agreement | Advanced Technologies Support Group Inc | 3/17/2003 | 10075 Red Run Blvd, Ste 550, Owings Mills MD 21117 | |
| Sales & Marketing Agreement | Managed Technology Solutions | 3/4/2003 | 1004 Seminole Gardens, Ambler PA 19002 | - |
| Sales & Marketing Agreement | Hampton Inc | 2/20/2003 | 27 Whitehall Circle, Oceanport NJ 07757 | - |
| Sales & Marketing Agreement | Gateway Defender Colocation | 2/3/2003 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | GatewayDefender LLC | 2/3/2003 | 1301 N Summit St, Toledo OH 43604 | |
| Sales & Marketing Agreement | Data Jugglers Computing Inc | 1/30/2003 | 100 Springdale Rd, A3, #355, Cherry Hill NJ 08803 | |
| Sales & Marketing Agreement | PA School Bus Association | 1/30/2003 | 355 North 21st St, Suite 200, Camp Hill PA 17011 | - |
| Sales & Marketing Agreement | S&R Enterprises | 1/28/2003 | 340 East 29th St, NY NY 10016 | - |
| Sales & Marketing Agreement | Alan Cantos | 1/25/2003 | 741 Franz Dr, Abingdon MD 21009 | - |
| Sales & Marketing Agreement | Perinet Technologies LLC | 1/23/2003 | 668 Stony Hill Rd, #182, Yardley PA 19067 | - |
| Sales & Marketing Agreement | Integ Network Solutions | 1/21/2003 | 855 US Highway 206, Bordentown NJ 08505 | 565.36 |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | Zalcman, George | 1/16/2003 | 2654 N W 7th Court, Delray Beach FL 33445 | - |
| Sales & Marketing Agreement | Spectra-Phone Inc | 12/17/2002 | 421 Foulke Lane, Springfield PA 19064 | - |
| Sales & Marketing Agreement | Secure Haven | 12/17/2002 | 1301 N Summit St, Toledo OH 43604 | - |
| Sales & Marketing Agreement | CSI/Alarm Central LLC | 11/22/2002 | PO Box 224, Bel Air MD 21014 | 27.08 |
| Sales & Marketing Agreement | LAD Enterprises | 11/16/2002 | 133 Cromwell Lane, West Chester PA 19380 | - |
| Sales & Marketing Agreement | North Jersey Regional Chamber of Commerce | 11/15/2002 | 1033 Route 46 East, Suite A-103, Clifton NJ 07013 | - |
| Sales & Marketing Agreement | Star Tek | 11/1/2002 | PO Box 1001, Sewell NJ 08080 | - |
| Sales & Marketing Agreement | Versalign | 10/21/2002 | 1801 Augustine Cut-Off, PO Box 7540 Wilmington DE 19803 | - |
| Sales & Marketing Agreement | Links Communciation | 10/9/2002 | 22 West Church St, Blackwood NJ 08012 | - |
| Sales & Marketing Agreement | Indiana Web Academy | 10/8/2002 | 101 W Ohio St, Suite 500, Indianapolis IN 46204 | - |
| Sales & Marketing Agreement | Tall Trees Information Management | 9/26/2002 | 810 A East Baltimore Pike, Kennett Square, PA 19348 | - |
| Sales & Marketing Agreement | Web Wise Seniors | 9/4/2002 | 305 Woodstock Rd Eastlake OH 44095 | - |
| Sales & Marketing Agreement | Kasual Computing | 8/30/2002 | 5021 Trindle Rd, Mechanicsburg PA 17050 | - |
| Sales & Marketing Agreement | Stephen R Cummings Assoc | 8/27/2002 | PO Box 516, Lahaska PA 18931 | - |
| Sales & Marketing Agreement | Innovate Systems | 8/6/2002 | 1608 Olive Place, Clementon NJ 08021 | - |
| Sales & Marketing Agreement | DuCoine Investment Grouop | 7/25/2002 | 15 East Centre St, Woodbury NJ 08096 | - |
| Sales & Marketing Agreement | ERA Broker Council | 6/26/2002 | 284 US 206, Hillsboro NJ 08844 | - |
| Sales & Marketing Agreement | IBS Communications | 6/24/2002 | 7500 Germantown Ave, Suite 202, Phila PA 19119 | - |
| Sales & Marketing Agreement | Jewish National Fund of Bucks County | 6/15/2002 | 106 Lakeside Dr, Southampton PA 18966 | - |
| Sales & Marketing Agreement | Junction PC | 6/10/2002 | 26 Swamp Rd, Doylestown PA 18901 | - |
| Sales & Marketing Agreement | Telecom Connections Inc | 6/10/2002 | 2380 Barnsleigh Dr, Bensalem PA 19020 | 2,153.76 |
| Sales & Marketing Agreement | Geis Audio/Video, inc. | 5/10/2002 | 107 W Third St, Greenville OH 45331 | 225.00 |
| Sales & Marketing Agreement | Comtec Communications | 5/9/2002 | 2568 NW Blvd, Vineland Nj 08360 | - |
| Sales & Marketing Agreement | MD Multi-Housing Association Inc | 5/1/2002 | 1421 Clarkview Rd, Suite 100, Baltimore MD 21209 | |
| Sales & Marketing Agreement | General Bldg Contractors Assoc | 4/22/2002 | 36 SOUTH 18TH STREET P.O. BOX 15959 PHILADELPHIA PA 19103 | - |
| Sales & Marketing Agreement | The E-Source Group | 4/15/2002 | 3701 market St, Philadelphia, PA 19104 | - |
| Sales & Marketing Agreement | Dave George | 3/21/2002 | 3476 Rhododendron Drive, Northampton PA 18067 | - |
| Sales & Marketing Agreement | PC Supplies Incorporated | 3/20/2002 | 13 Garfield Way, Newark DE 19713 | |
| Sales & Marketing Agreement | D&D Telephone Services | 3/18/2002 | 12423 Eastern Ave, Baltimore MD 21220 | - |

| Type of Contract | Title of Contract/Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | Printing & Graphics Communications Association | 3/11/2002 | 6411 Ivy Lane, Greenbelt MD 20770 | - |
| Sales & Marketing Agreement | Micro Media Corporation | 3/7/2002 | 1500 Walnut St, Suite 1510, Phila PA 19102 | - |
| Sales & Marketing Agreement | Total Telecom Solutions | 3/6/2002 | RR 12 BOX 79A OLD ROUTE 30 GREENSBURG PA 15601 | - |
| Sales & Marketing Agreement | Cadillac Computer Center | 2/26/2002 | 860 N Mitchell St, Cadillac MI 48601 | - |
| Sales & Marketing Agreement | Lynx Computers | 2/26/2002 | 7 BRISTOL COURT WYOMISSING PA 19610 | - |
| Sales & Marketing Agreement | Jobecca Technology Group | 2/25/2002 | 970 Durham Rd, Langhorne PA 19047 | 519.38 |
| Sales & Marketing Agreement | Springhill Consulting Group | 2/25/2002 | Two Bala Plaza, Suite 300 Bala Cynwyd PA 19004 | - |
| Sales & Marketing Agreement | Lansultants | 1/23/2002 | 1528 walnut st, Stuie 1610, philadelphia, PA 19102 | - |
| Sales & Marketing Agreement | Rick Hartman | 1/22/2002 | 4001 Elmerton Ave, Harrisburg PA 17109 | - |
| Sales & Marketing Agreement | ARC Communications | 1/20/2002 | 262 Old New Brunswick Rd, Piscataway NJ 08854 | - |
| Sales & Marketing Agreement | Rotondon Associates inc | 1/16/2002 | 50 Mt Bethel Rd, Warren NJ 07059 | - |
| Sales & Marketing Agreement | Blair Wisner | 1/15/2002 | 8 Park Drive, Berlin NJ 08009 | - |
| Sales & Marketing Agreement | Greater Susquehanna Valley Chamber of Commerce | 1/3/2002 | Rts 11&15, PO Box 10, Shamokin Dam, PA 17876 | 185.00 |
| Sales & Marketing Agreement | Lupton Enterprises | 1/1/2002 | HOPEWELL SHOPPING CENTER 597 4A SHILOH PIKE BRIDGETON NJ 08302 | - |
| Sales & Marketing Agreement | Richard Corey | 1/1/2002 | 807 Walnut Hill Court, Hockessin DE 19707 | - |
| Sales & Marketing Agreement | C&G Communications Inc | 12/5/2001 | 502 Atlas, Millsboro PA 19966 | - |
| Sales & Marketing Agreement | Wujcik, Diane | 12/4/2001 | 839 West Main St, Plymouth PA 18651 | - |
| Sales & Marketing Agreement | Innovative Microsystems | 11/26/2001 | Rt 3 Box 293-B, Seaford DE 19973 | - |
| Sales & Marketing Agreement | Swift IT Services LLc | 11/26/2001 | PO Box 684, Southeastern PA 19399 | 1,432.55 |
| Sales & Marketing Agreement | Sales Solutions Consultants | 11/6/2001 | 3712 Excalibur Court, Unit 303, Bowie MD 20716 | - |
| Sales & Marketing Agreement | Fitze Engineering | 10/18/2001 | 5149 West Chester Pike, Newtown Square PA 19073 | - |
| Sales & Marketing Agreement | Fitzgerald Adverstising | 10/18/2001 | 16 Short Drive, Wilmington DE 19810 | - |
| Sales & Marketing Agreement | Vanguard Systems | 10/18/2001 | 100 Granite Drive, Suite 205, Media PA 19063 | - |
| Sales & Marketing Agreement | Ace Technologies | 10/9/2001 | 1703 Columbia Ave, Cinnaminson, NJ 08077 | - |
| Sales & Marketing Agreement | Greater Wildwood Chamber of Commerce | 10/9/2001 | 3306 Pacific Ave, Wildwood NJ 08260 | - |
| Sales & Marketing Agreement | Greater Elizabeth Chamber of Commerce | 10/1/2001 | 456 North Broad St, Eliabeth Nj 07208 | 426.91 |
| Sales & Marketing Agreement | Prince Georges Chamber of Commerce | 9/27/2001 | 4640 Forbes Blvd, Suite 130, Lanham MD 20706 | - |
| Sales & Marketing Agreement | Diamond Computer Inc | 9/14/2001 | 100 carlson Way, Suite 16, Dover DE 19901 | - |
| Sales & Marketing Agreement | PA Chamber of Business & Industry | 9/10/2001 | 417 Walnut St, Harrisburg PA 17101 | - |

| Type of Contract | Name of Non-Debtor Party to Contract | Date of Contract | Address of Contracting Counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | Greater Ocean City Chamber of Commerce | 8/27/2001 | 854 Ashbury Ave, Ocean City Nj 08226 | - |
| Sales & Marketing Agreement | Garden State Communications | 8/22/2001 | 26 N Maple Ave, Marlton NJ 08054 | 52.29 |
| Sales & Marketing Agreement | PA Utility Contractors Association | 8/22/2001 | STRAWBERRY ARCADE 223A WALNUT STREET HARRISBURG PA 17101 | - |
| Sales & Marketing Agreement | Response Computer Group | 8/3/2001 | 1571 BAY ROAD MILLFORD DE 19963 | - |
| Sales & Marketing Agreement | Suburban Chambers of Commerce | 7/11/2001 | 71 Summit Ave, Summit Nj 07902 | - |
| Sales & Marketing Agreement | Delaware Healthcare Facilities Association | 5/16/2001 | 726 Loveville Rd, Suite 3000, Hockessin DE 19707 | 1,040.03 |
| Sales & Marketing Agreement | Better Business Bureau of Washington DC | 5/1/2001 | 1411 K Street, Northwest, 10th Flr, Washington DC 20005 | 465.39 |
| Sales & Marketing Agreement | APEX Telecom Association Group Inc | 4/1/2001 | 15 Merrill Creek Rd, Washinton NJ 07882 | - |
| Sales & Marketing Agreement | Brush Valley Chamber of Commerce | 4/1/2001 | 51 East Lincoln St, Shamokin PA 17872 | - |
| Sales & Marketing Agreement | Smartpages.com | 3/17/2001 | 175 E Houston San Antonio TX 78205 | - |
| Sales & Marketing Agreement | Telecom Management | 2/28/2001 | 9 Vivian Plaza, Newtown NJ 07860 | 6,179.12 |
| Sales & Marketing Agreement | All Posters.com | 2/16/2001 | 2100 Powell St 13th Floor, Emeryville CA 94608 | - |
| Sales & Marketing Agreement | Hunterdon County Chamber of Commerce | 1/30/2001 | 2200 Route 31, suite 15, Lebanon NJ 08833 | 389.45 |
| Sales & Marketing Agreement | NS Troutman & Sons Inc | 1/1/2001 | Whitetop Rd, PO Box 65, Freeburg, PA 17827 | |
| Sales & Marketing Agreement | Burlington County Chamber of Commerce | 12/1/2000 | 900 Briggs Rd, Suite 110, Mt Laurel NJ 08054 | 952.25 |
| Sales & Marketing Agreement | Greater Mercer County Chamber of Commerce | 11/1/2000 | 214 West State Street, Trenton NJ 08608 | - |
| Sales & Marketing Agreement | Greater Harrisburg Association of Realtors | 10/31/2000 | 1847 Center St, Camp Hill PA 17011 | 270.00 |
| Sales & Marketing Agreement | D&W Telephone Services | 10/26/2000 | Albrecht Court, Road 2, Box 12, Morgantown PA 19543 | - |
| Sales & Marketing Agreement | American Telecom Corp | 10/26/2000 | 1007 Eighth Ave, Glenshaw PA 15116 | |
| Sales & Marketing Agreement | PA Tourism and Lodging Association | 10/9/2000 | 902 North Second St, Harrisburg PA 17102 | |
| Sales & Marketing Agreement | Mogano, Justice | 9/24/2000 | 351 Valley Brook Rd, mcMurry PA 15317 | |
| Sales & Marketing Agreement | Communications & Wiring | 9/19/2000 | Road 2, Box 110 D, Dassboro DE 19939 | - |
| Sales & Marketing Agreement | Silicon Valley Electronics | 9/14/2000 | 1900 Forest Drive, Shop 2, Annapolis MD 21401 | 32.15 |
| Sales & Marketing Agreement | Metropolitan Furnishings Association of NJ | 9/12/2000 | 205 West Main St, Somerville NJ 08876 | 60.00 |
| Sales & Marketing Agreement | MD Retailers Association | 9/1/2000 | 171 Conduit St, Annapolis MD 21401 | - |
| Sales & Marketing Agreement | Ackerman, Gary | 8/10/2000 | 554 Hamilton Ave, Kingston PA 18704 | |
| Sales & Marketing Agreement | Home Builders Association of MD | 8/1/2000 | 1502 Woodlawn Dr, Baltimore MD 21207 | - |
| Sales & Marketing Agreement | Mid Atlantic Petroleum Dealers Association | 8/1/2000 | 1517 Ritchie Highway, Suite 206, Arnold MD 21012 | - |
| Sales & Marketing Agreement | Atlantic Telecom Association | 7/20/2000 | 215 Sherwood Drive, Egg Harbor Township, NJ 08234 | |
| Sales & Marketing Agreement | Cape May County Chamber of Commerce | 7/1/2000 | 13 Crest Haven Rd, PO Box 74, Cape May NJ 08210 | |

Case 1:05-cv-01485-RMC    Document 6-8    Filed 10/17/2005    Page 8 of 14

| Type of Contract | Title of Contract Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | VA Association of Non-Profit Homes for the Aging | 6/20/2000 | 4201 Dominion Blvd, Suite 100, Glen Allen VA 23060 | - |
| Sales & Marketing Agreement | Wizard Phone Installation | 5/27/2000 | PO Box 60B, Rt 10, Millsboro DE 19966 | - |
| Sales & Marketing Agreement | Arris Matrix | 5/19/2000 | 144 E State St, Hastings MI 59058 | - |
| Sales & Marketing Agreement | Capital Telephone | 5/11/2000 | 10402 Morias Court, Manasas VA 20110 | - |
| Sales & Marketing Agreement | Mill Creek LLC Trading | 5/11/2000 | 700 Mill Creek Rd, Arnold MD 21012 | - |
| Sales & Marketing Agreement | NJ Association of Community Providers | 5/3/2000 | 1901 North Olden Ave, Suite 25, Ewing NJ 08618 | - |
| Sales & Marketing Agreement | PA Association of Community Bankers | 5/1/2000 | 2405 North Front St, Harrisburg PA 17110 | - |
| Sales & Marketing Agreement | 4TelecomHelp.com | 4/30/2000 | 7 North Five Points Rd, 2nd Flr, West Chester PA 19380 | - |
| Sales & Marketing Agreement | Thompson Telephone | 4/24/2000 | 10 Atkinson Drive, Doylestown, PA 18901 | - |
| Sales & Marketing Agreement | PA Newspaper Association | 4/18/2000 | 3899 North Front St, Harrisburg PA 17110 | - |
| Sales & Marketing Agreement | TelStar Communications Inc | 4/14/2000 | 2800 South 16th St, Philadelphia, PA 19145 | - |
| Sales & Marketing Agreement | Gap Online, Taxi Interactive Inc. | 4/13/2000 | Two Folsom St San Francisco CA 94105 | - |
| Sales & Marketing Agreement | Computel | 4/11/2000 | 170 Change Bridge Rd, Montville NJ 07045 | - |
| Sales & Marketing Agreement | East Coast Communications/Single Source | 4/1/2000 | 10047 Midlothian Turnpike, Suite 100, Richmond VA 23235 | - |
| Sales & Marketing Agreement | Ashford.com | 3/26/2000 | 14001 NW 4th St, Sunrise FL 33325 | - |
| Sales & Marketing Agreement | Fogdog Sports | 3/26/2000 | 3031 Tisch Way Suite 100 San Jose CA 95128 | - |
| Sales & Marketing Agreement | Franklin Covey | 3/26/2000 | 2200 West Parkway Blvd Salt Lake City UT 84119 | - |
| Sales & Marketing Agreement | Ancestry.com | 3/26/2000 | 360 W 4800 N Provo UT 84604 | - |
| Sales & Marketing Agreement | Garden.com | 3/26/2000 | 3301 Steck Ave Austin TX 78757 | - |
| Sales & Marketing Agreement | IBM.com | 3/26/2000 | One New Orchard Rd Armonk NY 10504 | - |
| Sales & Marketing Agreement | Jewelry.com | 3/26/2000 | 609 Greenwich St NY NY 10014 | - |
| Sales & Marketing Agreement | Kitchenetc.com | 3/26/2000 | 32 INDUSTRIAL DRIVE EXETER NH 03833 | - |
| Sales & Marketing Agreement | Maidenform | 3/26/2000 | 154 Avenue E Boyonne NJ 07002 | - |
| Sales & Marketing Agreement | MP3.com | 3/26/2000 | 235 Second St San Francisco CA 94105 | - |
| Sales & Marketing Agreement | OneHanesPlace.com | 3/26/2000 | Three First National Plaza, Suite 4600 Chicago IL 60602 | - |
| Sales & Marketing Agreement | PlacesToStay.com | 3/26/2000 | 1510 Fashion Island Blvd, Suite 100, San Mateo CA 94404 | - |
| Sales & Marketing Agreement | Tutor.com | 3/26/2000 | 40 Fulton St 8th Floor NY NY 10004 | - |
| Sales & Marketing Agreement | Vitamins.com | 3/26/2000 | 1233 Montauk Highway PO Box 9001 Oakdale NY 11769 | - |
| Sales & Marketing Agreement | Cobalt | 3/9/2000 | 1230 31st St, NW, Suite 1, Washington DC 20005 | - |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counterparty | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | JCPenny | 3/8/2000 | 6501 Legacy Dr Plano TX 75024 | - |
| Sales & Marketing Agreement | SpencerGifts.com | 3/3/2000 | 6826 Black Horse Pike Egg Harbor Township NJ 08234 | - |
| Sales & Marketing Agreement | LaParfumerie.com | 3/2/2000 | PO Box 237, Moorpark CA 93020 | - |
| Sales & Marketing Agreement | The Link Share Network | 3/1/2000 | 215 Park Ave South 8th Floor NY NY 10003 | - |
| Sales & Marketing Agreement | Fossil Watches | 2/29/2000 | 2280 N Greenville Ave, Richardson TX 75082 | - |
| Sales & Marketing Agreement | Warner Bros. Stuido Store | 2/22/2000 | One Time Warner Center NY NY 10019 | - |
| Sales & Marketing Agreement | 1-800-FLOWERS.com | 2/17/2000 | 1600 STEWARD AVE WESTBURTY NY 11590 | - |
| Sales & Marketing Agreement | Disneystore.com | 2/17/2000 | 500 S Buena Vista St. Burbank CA 91521 | - |
| Sales & Marketing Agreement | Hallmark.com | 2/17/2000 | PO Box 419580 Kansas City MO 64141 | - |
| Sales & Marketing Agreement | Bugleboy.com | 2/16/2000 | 690 East Lamar Blvd Suite 200 Arlington TX 76011 | - |
| Sales & Marketing Agreement | CVS.com | 2/16/2000 | One CVS Drive, Woonsocket RI 02895 | - |
| Sales & Marketing Agreement | OfficeMax.com | 2/16/2000 | 1111 West Jefferson St Po box 50 Boise ID 83728 | - |
| Sales & Marketing Agreement | Better Business Bureau of Northeast PA | 2/14/2000 | 4099 Birney Ave, Moosic PA 18507 | - |
| Sales & Marketing Agreement | Lands' End | 2/10/2000 | Lands End Lane Dodgeville WI 53595 | - |
| Sales & Marketing Agreement | DOCISP.com | 2/4/2000 | 1100 East Ave Suite 100, King of Prussia PA 19406 | - |
| Sales & Marketing Agreement | Hudson Conty Bhamber of Commerce | 1/17/2000 | 660 newark Ave, Suite 220, Jersey City nJ 07306 | - |
| Sales & Marketing Agreement | Manufacturers Association of Mideast PA | 1/14/2000 | P.O. BOX 541 91 SOUTH PROGRESS AVENUE POTTSVILLE PA 17901 | - |
| Sales & Marketing Agreement | PA Community Providers Association | 1/1/2000 | 2400 Park Drive, Harrisburg PA 17110 | - |
| Sales & Marketing Agreement | Markias Inc | 12/2/1999 | 14 Twin Hill Drive, Willingboro NJ 08046 | - |
| Sales & Marketing Agreement | Printing Industries of Virginia | 11/29/1999 | 10193 Maple Leaf Court, Ashland VA 23005 | - |
| Sales & Marketing Agreement | Greater Paterson Chamber of Commerce | 11/16/1999 | 100 Hamilton Plaza, Paterson NJ 07505 | - |
| Sales & Marketing Agreement | NJ State Chamber of Commerce | 11/16/1999 | 216 West State St, Trenton NJ 08608 | - |
| Sales & Marketing Agreement | MD Highway Contractors Association | 11/12/1999 | 2408 Peppermill Drive, Suite F, Glen Burnie MD 21061 | - |
| Sales & Marketing Agreement | AutoTel Inc | 11/1/1999 | PO Box 1149, Valley Forge PA 19482 | - |
| Sales & Marketing Agreement | PA Law Enforcement Association | 10/29/1999 | 5581 Roosevelt St, Whitehall PA 18052 | - |
| Sales & Marketing Agreement | All Micro | 10/26/1999 | 415 East Baltimore Pike, Media PA 19063 | - |
| Sales & Marketing Agreement | Car-Tel Communications | 9/23/1999 | 2027 Walnut St, Philadelphia, PA 19109 | - |
| Sales & Marketing Agreement | Networks Unlimited | 8/30/1999 | 1986 W Stasburg Rd, Coatesville PA 19320 | - |
| Sales & Marketing Agreement | MD Motor Truck Association | 8/30/1999 | 3000 Washington Blvd, Baltimore MD 21230 | - |
| Sales & Marketing Agreement | Teltech International | 8/24/1999 | 806 Bently Rd, Lindenwold NJ 08024 | - |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | KC Consulting | 8/17/1999 | 17 Trafford St, Shrewsbury NJ 07702 | - |
| Sales & Marketing Agreement | Keystone Insurers Group | 8/5/1999 | PO Box 328, Danville PA 17821 | - |
| Sales & Marketing Agreement | Radian | 8/3/1999 | 10 Bandar Court, Wilmington DE 19810 | - |
| Sales & Marketing Agreement | Consumers Energy Company | 7/9/1999 | 212 W. Michigan Ave. Jackson, MI 49201 | 2,648.57 |
| Sales & Marketing Agreement | Zahora, Joseph | 6/24/1999 | 1 School Lane, PO Box 15, Roosevelt NJ 08555 | - |
| Sales & Marketing Agreement | Schaefer, George B | 6/9/1999 | PO Box 5903, Somerset NJ 08875 | - |
| Sales & Marketing Agreement | Skip Schaeffer Associates | 6/9/1999 | 252 Bloomsbury Ct, Somerset NJ 08873 | - |
| Sales & Marketing Agreement | PrinceNet, Inc | 6/8/1999 | 1 Executive Drive, Suite 260, Somerset NJ 08873 | - |
| Sales & Marketing Agreement | Gateway Regional Chamber of Commerce | 6/1/1999 | 135 Jefferson Ave, PO Box 300, Elizabeth NJ 07207 | - |
| Sales & Marketing Agreement | SRX Communications | 5/13/1999 | PO Box 128, Lincoln DE 19960 | - |
| Sales & Marketing Agreement | Better Business Bureau of Eastern PA | 5/1/1999 | 1608 Walnut St, Suite 402, Phila PA 19103 | - |
| Sales & Marketing Agreement | MD Association of Realtors | 5/1/1999 | 2594 RIVA ROAD ANNAPOLIS MD 21404-7406 | - |
| Sales & Marketing Agreement | Startech Communications | 4/2/1999 | 114 South Blvd, Salisbury MD 21804 | - |
| Sales & Marketing Agreement | Strategic Telecommunications Consulting Inc | 4/1/1999 | 1275 Glenlivet Dr, Suite 310, Allentown PA 18106 | - |
| Sales & Marketing Agreement | AV Communications | 3/19/1999 | 1931 Olney Ave, Suite 600, Cherry Hill nJ 08003 | 172.56 |
| Sales & Marketing Agreement | Communications Consultant Group | 3/1/1999 | 1601 Market St, Suite 390, Phila, PA 19103 | - |
| Sales & Marketing Agreement | Ismail, Sherif | 2/23/1999 | 65 Devonshire Rd, Cedar Grove Nj 07009 | - |
| Sales & Marketing Agreement | Optimum Comm Resources | 2/11/1999 | 9947 Hull Street Rd, Suite 202, Richmond VA 23236 | 0.91 |
| Sales & Marketing Agreement | Northern Monmouth Chamber of Commerce | 1/11/1999 | 1041 State Highway 36, PO Box 521, Navesink NJ 07752 | - |
| Sales & Marketing Agreement | harford County Chamber of Commerce | 1/1/1999 | 108 South Bond St, Bel Air MD 21014 | - |
| Sales & Marketing Agreement | NJ Technology Council | 1/1/1999 | 1001 BRIGGS ROAD SUITE 280 MT. LAUREL NJ 08054 | - |
| Sales & Marketing Agreement | Com Tec Inc - CTI Solutions | 12/8/1998 | 2658 NW Blvd, Vineland NJ 08360 | - |
| Sales & Marketing Agreement | Target Communications Inc | 11/17/1998 | 201 Heather Dr, mt Laurel Nj 08054 | - |
| Sales & Marketing Agreement | Corporate Telemanagement Inc. | 9/30/1998 | P.O. Box 411, Kensington MD 20895 | - |
| Sales & Marketing Agreement | Global Telecom | 9/30/1998 | 50 Monument Rd, Bala Cynwyd PA 19004 | - |
| Sales & Marketing Agreement | Freedman Consulting | 9/3/1998 | 634 Meadowbrook Ave, Ambler PA 19002 | - |
| Sales & Marketing Agreement | Assocated Builders & Contractors of MD | 8/1/1998 | 1220B E Joppa Rd, Suite 322, Townson MD 21286 | - |
| Sales & Marketing Agreement | Atlantic City Regional Chamber of Commerce | 8/1/1998 | 1125 Atlantic Ave, Atlantic City NJ 08401 | 52.31 |
| Sales & Marketing Agreement | NJ Association of Mental Health Agencies | 8/1/1998 | 3575 Quakerbridge Rd, Suite 102, Mercerville NJ 08619 | - |
| Sales & Marketing Agreement | Commun-o-vations Inc | 7/21/1998 | 408 East 4th St, Bridgeport PA 19405 | 391.72 |

| Type of Contract | Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | AmeriTel Communications | 7/17/1998 | 450 Brick Blvd, Brick NJ 08723 | - |
| Sales & Marketing Agreement | Atlantic Distribution - Cellular | 7/17/1998 | 436 Central Avenue, Ocean City NJ 08226 | - |
| Sales & Marketing Agreement | Lonsdale Performance Group | 7/10/1998 | 14911 Dunstone Lane, Monkton MD 21111 | - |
| Sales & Marketing Agreement | Atlantic Distribution | 7/7/1998 | 436 Central, Ocean City NJ 08226 | - |
| Sales & Marketing Agreement | Sales Information Systems Inc | 7/1/1998 | 1974 Sproul Rd, Broomall PA 19008 | - |
| Sales & Marketing Agreement | JB Consulting Services | 6/25/1998 | 82 Avondale Rd, Baltimore MD 21234 | - |
| Sales & Marketing Agreement | Meekins, Gary | 6/25/1998 | 2 Prune Lane, Baltimore MD 21221 | - |
| Sales & Marketing Agreement | Telesource Inc | 6/8/1998 | 3 Talbott Ave, Timonium MD 21093 | - |
| Sales & Marketing Agreement | Meadowlands Communications | 5/30/1998 | PO Box 376, East Rutherford NJ 07073 | - |
| Sales & Marketing Agreement | Corder, Shawn | 5/21/1998 | 1046 Bolton Court, Bensalem PA 19020 | 1.28 |
| Sales & Marketing Agreement | Printing Industries of Maryland | 5/1/1998 | 2045 York Rd, 2nd Floor, Timonium MD 21903 | - |
| Sales & Marketing Agreement | Access Communications Services | 4/11/1998 | 575 Taylor Ave, Ste 100, Newtown PA 18940 | - |
| Sales & Marketing Agreement | Access Communications | 4/11/1998 | 575 Taylor Avenue, Rt 413 Double, Newtown PA 18940 | - |
| Sales & Marketing Agreement | Telephone Support Services | 3/17/1998 | 1255 Brook Road, Middlesex NJ 08846 | - |
| Sales & Marketing Agreement | PA Motor Truck Association | 1/1/1998 | 910 Linda Lane, Camp Hill PA 17011 | - |
| Sales & Marketing Agreement | Triple Check | 12/30/1997 | 4363 New Falls Road, Levittown PA 19056 | - |
| Sales & Marketing Agreement | Harmer Enterprises - Cellular | 8/29/1997 | 630 mt. Alverno Rd, Media PA 19063 | - |
| Sales & Marketing Agreement | Tel Tec of New Jersey Inc | 6/26/1997 | 336 Lincoln Avenue, West Berlin NJ 08091 | - |
| Sales & Marketing Agreement | Design/FX | 6/16/1997 | 1873 Route 70 East, Suite 203, Cherry Hill, NJ 08003 | 0.13 |
| Sales & Marketing Agreement | STA | 6/4/1997 | PO Box 5332, Clinton NJ 08809 | |
| Sales & Marketing Agreement | Purchase Direct Inc | 6/2/1997 | 3051 North East Ave, Vineland NJ 08360 | |
| Sales & Marketing Agreement | Supply Net | 5/14/1997 | 200 Rittenhouse Circle, Bristol PA 19007 | 546.92 |
| Sales & Marketing Agreement | Office Network Inc | 5/6/1997 | King of Prussia Plaza, King of Prussia PA 19406 | - |
| Sales & Marketing Agreement | Vernon, Joe | 4/10/1997 | 4 Bear Ct, Yardville NJ 08620 | |
| Sales & Marketing Agreement | Purchase Direct Inc | 3/26/1997 | 3051 N East Ave, Vineland NJ 08360 | |
| Sales & Marketing Agreement | Eastern Technology Council | 1/1/1997 | 435 Devon Park Drive, Building 600 Wayne PA 19087 | |
| Sales & Marketing Agreement | VA Automobile Dealers Association | 12/1/1996 | 1800 WEST GRACE STREET PO BOX 5407 RICHMOND VA 23220-0407 | - |
| Sales & Marketing Agreement | 70th Street Consulants | 11/21/1996 | 40 East Main St, Box 159, Newark DE 19711 | - |
| Sales & Marketing Agreement | Top Line Paging Inc | 10/31/1996 | 20 South Whitehorse Pike, Sommerdale NJ 08083 | - |
| Sales & Marketing Agreement | All Line Services | 9/13/1996 | 1341 Lakewood Drive, Suite 12, Toms River NJ 08755 | - |

| Type of Contract | Name of Non-Debtor Party to Contract | Date of Contract | Address of Contracting Counterparty | Cure Amount |
|---|---|---|---|---|
| Sales & Marketing Agreement | Prime Telecom | 9/11/1996 | 3417 Ventnor Ave, Atlantic City NJ 08041 | - |
| Sales & Marketing Agreement | DiTorrice & Associates | 8/26/1996 | 24 Kirkpatrick St, New Brunswick NJ 08901 | - |
| Sales & Marketing Agreement | Tri Net Telecommunications | 8/15/1996 | 248 Chapman Rd, Suite 100, Newark DE 19702 | - |
| Sales & Marketing Agreement | Advanced Networking | 8/2/1996 | 1316 Philadelphia Pike, Wilmington DE 19809 | |
| Sales & Marketing Agreement | Omegatronics | 6/17/1996 | Out of Business | - |
| Sales & Marketing Agreement | Wexler Norm | 3/20/1996 | 268 Wiltshire Rd, Wynnewood PA 19096 | |
| Sales & Marketing Agreement | Wexler Norm | 3/20/1996 | 1001 City Ave, Apt ED 915, Wynnewood PA 19096 | - |
| Sales & Marketing Agreement | JLC Communications | 1/15/1996 | 8904 Briarcroft Lane, Laurel MD 20708 | - |
| Sales & Marketing Agreement | Berkswestern Telecom | 9/8/1995 | 723 Brownsville Rd, Sinking Spring PA 19608 | |
| Sales & Marketing Agreement | System III | 6/2/1995 | 2201 Fairmoutn Ave, Reading PA 19065 | |
| Sales & Marketing Agreement | Vaccone, Joseph | 1/19/1995 | 502 Sheffield Drive, Wallingford PA 19086 | - |
| Sales & Marketing Agreement | Applied Telecom | 10/31/1994 | 404 Easton Rd, PO Box 1012, Warrington PA 19044 | |
| Sales & Marketing Agreement | Buy Rite Communications | 10/27/1994 | 70 Turner St, Clayton NJ 08312 | |
| Sales & Marketing Agreement | Western Fidelity | 9/12/1994 | 482 Norristown Rd, Suite 210, Blue Bell PA 19422 | |
| Sales & Marketing Agreement | Premier Management Group | 5/31/1994 | 120 West Airport Rd, Suite A, Lititz PA 17543 | |
| Sales & Marketing Agreement | Dean Business | 1/10/1994 | 8 Bering Way, Somerset Nj 08873 | - |
| Sales & Marketing Agreement | GVFHRA | 11/3/1993 | 307 Clearfield Drive, Lincoln University PA 19352 | - |
| Sales & Marketing Agreement | National Office Products | 6/11/1993 | 13430 Damar Drive, Phil PA 19116 | - |
| Sales & Marketing Agreement | National Office Products | 6/11/1993 | 13430 Damar Drive, Phil PA 19116 | |
| Sales & Marketing Agreement | Network Integration Group | 6/8/1993 | PO BOX 207 LANSFORD PA 18232 | - |
| Sales & Marketing Agreement | Dom Mazzulo | 5/25/1990 | 431 Hackney Place, Brigantine NJ 08203 | - |
| Service Agreement | Moreover Technologies | 12/31/2002 | 330 Pine St., San Francisco CA 94104 | - |
| Service Agreement | Critical Path | 12/31/2002 | 350 The Embarcadero, San Francisco CA 94105 | 8,340.00 |
| Service Agreement | John J Kirlin | 12/4/2002 | 515 Dover Rd, Ste 2700, Rockville MD 20850 | 6,571.14 |
| Service Agreement | CCMI | 5/10/2002 | 11300 Rockville Pike, Suite 1100, Rockville MD 20852 | |
| Service Agreement | River City Technologies | 10/2/2001 | 122 S Capitol, Athens, MI 49011 | |
| Service Agreement | Horizon Cablevision, Inc. | 3/15/1998 | 2598 Lansin Rd Charlotte MI 48813 | - |
| Service Agreement | Michigan Live, Inc. | 4/16/1997 | 339 E Liberty St Suite 210 Ann Arbor MI 48104 | |
| Software Agreement | Outstart | 11/11/2003 | 89 South St. 8th Floor Boston MA 02111 | 3,445.00 |
| Software Agreement | MicroFocus | 9/16/2003 | 9420 Key West Ave, Rockville MD 20850 | |
| Software Agreement | Oracle Corporation | 5/30/2003 | 12320 Oracle Blvd, Colorado Springs CO 80921 | 30,252.00 |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of contracting counter-party | Cure Amount |
|---|---|---|---|---|
| Software Agreement | Broad Margin, Inc. | 5/28/2003 | 8500 Executive Park Ave., Suite 110, Fairfax, VA 22031 | - |
| Software Agreement | Sterling Commerce | 3/31/2003 | 4600 Lakehurst Court, Dublin OH 43016-2000 | - |
| Software Agreement | Oracle Corporation | 2/28/2003 | 12320 Oracle Blvd, Colorado Springs CO 80921 | 20,406.20 |
| Software Agreement | MicroFocus | 9/16/2002 | 9420 Key West Ave, Rockville MD 20850 | - |
| Software Agreement | Payment Plus Inc | 1/23/2002 | 100 Village Ct, Ste 102, Hazlet NJ 07730 | - |
| Software Agreement | Payment Plus Inc (acquired by Retail Decisions) | 1/23/2002 | Retail Decisions Inc, Paymentplus Division, 100 Village Ct, Suite 102, Hazlet NJ 07730 | - |
| Software Agreement | Paymentplus Inc | 1/23/2002 | 100 Village Court Suite 102, Hazlet NJ 08324 | - |
| Software Agreement | BlueGill Technologies Inc. | 2/28/2000 | 935 Technology Srive, Ann Arbor, MI 48108 | - |
| Software Agreement | Computer Associates | 1/1/1999 | PO Box 360355, Pittsburgh PA 15251-6355 | 201.88 |
| Sponsorship & Promotion Agreement | Philadelphia EaglesLP | 8/1/2003 | The Novacare Complex, One Novacare Way, Phila PA 19145 | - |
| Sponsorship & Promotion Agreement | Red Skins | 6/4/2001 | PO Box 96124, Washington DC 20090-6124 | - |
| Sponsorship & Promotion Agreement | Flyers/Sixers | 6/27/1996 | 3601 South Broad St, Philadelphia PA 19148 | - |
| Telecommunications Services Agreement | Telecordia Technologies | 2/25/2003 | 45 Knightsbridge Road, Rm PY5-5A132, Piscataway, NJ 08854 | - |
| Telecommunications Services Agreement | Single Source Inc. | 9/23/2002 | 53 Old Webster Rd, PO Box 284, Oxford MA 01540 | - |
| Telecommunications Services Agreement | Nationwide Realty Investors LTD, NRI Telecom LLC & NWD Investments LLC, | 8/1/2002 | One Nationwide Plaza Columbus OH 43125 | - |
| Telecommunications Services Agreement | D-Tel | 5/17/2002 | 901 Russell Drive Salem, VA 24153 | - |
| Telecommunications Services Agreement | Level (3) | 5/6/2002 | 100 Williams Street 19th Floor, NY NY 10005 | - |
| Telecommunications Services Agreement | ICG Telecom Group, Inc. | 2/28/2002 | 161 Inverness Drive West, Englewood CO 80112 | - |
| Telecommunications Services Agreement | NTL Group Limited | 11/19/2001 | NTL House, Bartley Wood Business Park, Hook, Hampshire, RG27 9UP, England | - |
| Telecommunications Services Agreement | Verio | 2/28/2000 | 8005 South Chester Street Suite 200, Englewood CO 80112 | - |
| Telecommunications Services Agreement | Williams Communications | 12/22/1999 | 1 Williams Center, 26th Floor, Tulsa, OK 74172 | - |
| Telecommunications Services Agreement | Williams Communications | 12/22/1999 | 1 Williams Center, 26th Floor, Tulsa, OK 74172 | - |
| Telecommunications Services Agreement | Norlight Telecommunications, Inc. | 2/5/2003 | 275 N. Corporate Dr., Brookfield, WI 53045 | 617.51 |
| Telecommunications Services Agreement | GTE Telecom Inc. | 8/4/1999 | 201 N. Franklin St, Suite 2400, PO Box 2924, Tampa FL 33601-2924 | - |
| Telecommunications Services Agreement | Norlight Telecommunications, Inc. | 2/16/1999 | 275 N. Corporate Dr., Brookfield, WI 53045 | 2,454.26 |
| Telecommunications Services Agreement | Global Crossing | 5/1/2001 | 12110 N Pecos St, Westminister CO 80234 | - |
| Telecommunications Services Agreement | Level 3 Communications | 11/22/2002 | 1025 Eldorado Blvd, Broomfield CO 80021 | - |

| Type of Contract | Title of Contract / Name of Non-Debtor Party to Contract | Date of Contract | Address of Contracting Counter-party | Cure Amount |
|---|---|---|---|---|
| Telecommunications Services Agreement | Illuminet Inc | 7/16/1999 | 4501 Intelco Loop SE Lacey WA 98503 Attn: F Terry Kremian | - |
| Telecommunications Services Agreement | US Xchange, L.L.C. | 12/16/1998 | 20 Monroe Ave NW, Suite 450, Grand Rapids, MI 49503 | - |