UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ATX COMMUNICATIONS, INC., *et al.*, )<br>)<br>*Defendants*. ) | Case No.: 1-05-CV-01485<br>Judge Rosemary M. Collyer |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Defendants, ATX Communications, Inc. f/k/a Core Comm Holdings, Inc., ATX Communications Services, Inc., ATX Licensing, Inc., Corecomm Communications, Inc., and CoreComm Newcom, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of ATX Communications, Inc., ATX Licensing, Inc., CoreComm Newcom, Inc. and CoreComm Newcom, Inc., which have any outstanding securities in the hands of the public:

Leucadia National Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Deborah J. Israel (DC Bar #430841)
Michael R. Sklaire (DC Bar # 445364)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
*Counsel for Defendants ATX Communications, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of October, 2005, that a true and correct copy of the foregoing Certificate Under LCvR 7.1 has been served via Electronic Mail, on the following:

>Jeffrey J. Binder, Esq.
>The Watergate
>2510 Virginia Avenue, N.W.
>Washington, D.C. 20037
>*Counsel for Plaintiff*

_____
Michael R. Sklaire