IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATX COMMUNICATIONS, INC., f/k/a CORECOMM HOLDCO, INC., ATX TELECOMMUNICATIONS SERVICES, INC., ATX LICENSING INC., CORECOMM COMMUNICATIONS, INC., and CORECOMM NEWCO, INC., <br><br> Defendants. | C.A.No. 1:05CV01485(RMC) |

**PAETEC COMMUNICATIONS, INC.'S CONSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO ATX'S MOTION TO DISMISS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure, for permission to enlarge the time in which PAETEC may file its response to ATX's Motion to Dismiss from October 31, 2005 up to and including November 14, 2005.

In support of this motion, PAETEC states:

1. PAETEC requests the enlargement of time in order to fully investigate and draft a response to the matters raised in ATX's motion to dismiss;
2. PAETEC's undersigned counsel has spoken to counsel for ATX who consents to the requested enlargement of time;
3. This is PAETEC's first request for such an enlargement of time;
4. The enlargement of time causes no prejudice;
5. The enlargement of time will also provide both sides the further opportunity to narrow issues or resolve the case.

WHEREFORE, PAETEC respectfully requests that this

Honorable Court grant it's consented to motion to enlarge the time for filing its opposition to Defendant ATX's motion to dismiss.

                                      Respectfully submitted,

                                      _____

                                      Jeffrey J. Binder, Esq.
                                      D.C. Bar #475821
                                      The Watergate
                                      2510 Virginia Avenue, NW
                                      Washington, D.C.  20037
                                      (202)965-0199
                                      j.j.binder@verizon.net

                                      Attorney for PaeTec
                                      Communications, Inc.


                              Dated this 31st day of October,
                              2005

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing Opposition to ATX's Motion to Dismiss to be served by first class U.S. mail postage prepaid upon:

Mitchell F. Brecher
Debra McGuire Mercer
Greenburg Traurig, LLP
800 Connecticut Avenue, NW
Washington, D.C. 2005

**JEFFREY J. BINDER**