IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>ATX COMMUNICATIONS, INC., f/k/a )<br>CORECOMM HOLDCO, INC., ATX )<br>TELECOMMUNICATIONS SERVICES, INC., )<br>ATX LICENSING INC., CORECOMM )<br>COMMUNICATIONS, INC., and CORECOMM )<br>NEWCO, INC., )<br>)<br>    Defendants. ) | C.A.No.  1:05CV01485(RMC) |

**PAETEC COMMUNICATIONS, INC.'S CONSENTED TO MOTION TO
ENLARGE TIME TO FILE OPPOSITION TO ATX'S MOTION TO DISMISS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which PAETEC may file its response to ATX's Motion to Dismiss

from November 14, 2005 up to and including December 12, 2005

In support of this motion, PAETEC states:

1. During the past week, the parties engaged in discussions aimed at resolving all of the contested issues. To advance further these good faith efforts, the parties must retrieve, exchange, and analyze more data regarding telecommunications traffic at issue. The requested extension is needed to afford the parties time to work with this relevant data.
2. PAETEC's undersigned counsel has spoken to counsel for ATX who consents to the requested enlargement of time;
3. This enlargement of time causes no prejudice to either party.

WHEREFORE, PAETEC respectfully requests that this

3

Honorable Court grant it's consented to motion to enlarge the time for filing its opposition to Defendant ATX's motion to dismiss.

                                      Respectfully submitted,

                                      _____

                                      Jeffrey J. Binder, Esq.
                                      D.C. Bar #475821
                                      The Watergate
                                      2510 Virginia Avenue, NW
                                      Washington, D.C.  20037
                                      (202)965-0199
                                      j.j.binder@verizon.net

                                      Attorney for PaeTec
                                      Communications, Inc.


                    Dated this 14th day of November,
                    2005

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of November, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing Opposition to ATX's Motion to Dismiss to be served by first class U.S. mail postage prepaid upon:

Michael Hazzard
Deborah R. Israel
Michael R. Sklaire
Womble Carlyle Sandridge and Rice
1401 Eye Street, N.W.
Washington, D.C. 2005

**JEFFREY J. BINDER**