IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC.,<br><br>    Plaintiff,<br><br>      vs.<br><br>ATX COMMUNICATIONS, INC., f/k/a CORECOMM HOLDCO, INC., ATX TELECOMMUNICATIONS SERVICES, INC., ATX LICENSING INC.,CORECOMM COMMUNICATIONS, INC., and CORECOMM NEWCO, INC.,<br><br>    Defendants. | C.A.No.  1:05CV01485(RMC) |

**PAETEC COMMUNICATIONS, INC.'S CONSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO ATX'S MOTION TO DISMISS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which

PAETEC may file its response to ATX's Motion to Dismiss from December 12, 2005 up to and including January 4, 2006

In support of this motion, PAETEC states:

1. The parties continue to engage actively in discussions aimed at resolving all of the contested issues. These discussions include specific settlement proposals based upon retrieval, exchange, and analysis of complex data regarding telecommunications traffic at issue. The requested extension is needed to afford the parties time to continue to work further to try to reach a settlement and avoid the further expense and disruption of litigation.
2. PAETEC's undersigned counsel has spoken to counsel for ATX who consents to the requested enlargement of time;
3. This enlargement of time causes no prejudice to either party.

WHEREFORE, PAETEC respectfully requests that this

Honorable Court grant it's consented to motion to enlarge the time for filing its opposition to Defendant ATX's motion to dismiss.

                                                        Respectfully submitted,

                                                        _____

                                                        Jeffrey J. Binder, Esq.
                                                        D.C. Bar #475821
                                                        The Watergate
                                                        2510 Virginia Avenue, NW
                                                        Washington, D.C.   20037
                                                        (202)965-0199
                                                        j.j.binder@verizon.net

                                                        Attorney for PAETEC
                                                        Communications, Inc.


                                Dated this 12th day of December,
                                2005

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2005, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing Opposition to ATX's Motion to Dismiss to be served by first class U.S. mail postage prepaid upon:

Michael Hazzard
Deborah R. Israel
Michael R. Sklaire
Womble Carlyle Sandridge and Rice
1401 Eye Street, N.W.
Washington, D.C. 2005

                **JEFFREY J. BINDER**