IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ATX COMMUNICATIONS, INC., f/k/a )<br>CORECOMM HOLDCO, INC., ATX )<br>TELECOMMUNICATIONS SERVICES, INC., )<br>ATX LICENSING INC.,CORECOMM )<br>COMMUNICATIONS, INC., and CORECOMM )<br>NEWCO, INC., )<br>)<br>Defendants. )<br>)<br>)<br>)<br>)<br>) | C.A.No. 1:05CV01485(RMC) |

**PAETEC COMMUNICATIONS, INC.'S CONSENTED TO MOTION TO
ENLARGE TIME TO FILE OPPOSITION TO ATX'S MOTION TO DISMISS**

Plaintiff PAETEC Communications, Inc., (hereinafter referred to as "PAETEC" or "Plaintiff PAETEC") by and through its undersigned attorney, respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for permission to enlarge the time in which PAETEC may file its response to ATX's Motion to Dismiss

from January 4th, 2006 up to and including January 18th, 2006

    In support of this motion, PAETEC states:

1. On January 4, 2006, the parties will again hold settlement discussions aimed at a global settlement of all issues in dispute. The parties are encouraged by their efforts up to now and hope that a settlement will be reached in the near future. The opportunity to reach a settlement was slowed by end of the year holiday schedules of involved business and legal representatives.

2. The parties' discussions include specific settlement proposals based upon retrieval, exchange, and analysis of complex data regarding telecommunications traffic at issue. The requested extension is needed again to afford the parties time to analyze and respond to new data introduced at the January 4, 2006 settlement discussions. The parties prefer settlement and avoiding the further expense and disruption of litigation. Further, the parties desire settlement to facilitate their ongoing business relationship.

3. PAETEC's undersigned counsel has spoken to counsel for ATX who consents to the requested enlargement of time;

3

4. This enlargement of time causes no prejudice to either party.

WHEREFORE, PAETEC respectfully requests that this Honorable Court grant its consented to motion to enlarge the time for filing its opposition to Defendant ATX's motion to dismiss up to and including January 18, 2006.

                                            Respectfully submitted,

                                                      /s/
                                        _____
                                        Jeffrey J. Binder, Esq.
                                        D.C. Bar #475821
                                        The Watergate
                                        2510 Virginia Avenue, NW
                                        Washington, D.C.  20037
                                        (202)965-0199
                                        j.j.binder@verizon.net

                                        Attorney for PAETEC
                                        Communications, Inc.


                           Dated this 4th day of January,2006

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of January, 2006, I caused a copy of PAETEC's consented to Motion to Enlarge Time for Filing Opposition to ATX's Motion to Dismiss to be served by first class U.S. mail postage prepaid upon:

```
Michael Hazzard
Deborah R. Israel
Michael R. Sklaire
Womble Carlyle Sandridge and Rice
1401 Eye Street, N.W.
Washington, D.C. 20005                    /s/
```

                                        **JEFFREY J. BINDER**