UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 1-05-CV-01485 |
| ATX COMMUNICATIONS, INC., *et al.,* | ) |
| *Defendants.* | ) |

### ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time filed by Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. ("Defendants") it is hereby ORDERED that said Motion is **GRANTED**.

It is further ORDERED that Defendants' time for filing its Reply Memorandum shall be extended to February 13, 2006.

It is so Ordered.

_____
Honorable Rosemary M. Collyer
United States District Judge

Copies to:

Deborah J. Israel, Esq.
Michael R. Sklaire, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005

Jeffrey J. Binder, Esq.
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037