UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ATX COMMUNICATIONS, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | Case No.: 1-05-CV-01485<br>Judge Rosemary M. Collyer |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. (hereafter "Defendants"), by counsel and pursuant to Fed. R. Civ. P. 6 and 7, and the Local Rules of the United States District Court for the District of Columbia, and with the consent of Plaintiff, hereby request an extension of time until February 27, 2006, for Defendants to file a Reply Memorandum in response to Plaintiff's Opposition to Defendants' Motion to Dismiss, and in support, state as follows:

On January 18, 2006, Plaintiff filed its Opposition to Defendants' Motion to Dismiss the Complaint. Pursuant to Local Rule 7(d), Defendant anticipated filing its Reply Memorandum on or before January 30, 2006. However, on or about January 23, 2006, the parties reached a tentative agreement on a settlement of the instant litigation. In light of the ongoing negotiations of the terms of the settlement agreement, on January 29, 2006, the Court granted an extension of time until February 13, 2006, for Defendants to file their Reply Memorandum.

While the parties had hoped and expected to resolve all outstanding issues prior to February 13, 2006, the parties have yet to resolve several outstanding tangential issues relating to future payments for working together. By way of the proposed agreement, the parties seek not only to settle this litigation, but create a platform by which they can continue to provide services to each other in the future. The parties do not believe that they can resolve all outstanding issues prior to February 13, 2006.

Defendants are therefore requesting a two-week extension by which to file their Reply Memorandum. Said extension will provide the parties with enough time to properly negotiate, and we anticipate resolve, any outstanding issues. Counsel for Defendants conferred with counsel for Plaintiff regarding the request for an extension of time sought by this Motion, and counsel for Plaintiff consents to an extension to February 27, 2006.

WHEREFORE, Defendants respectfully request that this Consent Motion for Extension of Time be Granted and that Defendants' time for filing its Reply Memorandum be extended to February 27, 2006.

Respectfully submitted,

_____/s/_____
Deborah J. Israel (DC Bar #430841)
Michael R. Sklaire (DC Bar # 445364)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
Facsimile: (202) 467-6910
*Counsel for Defendants ATX Communications, Inc., et al.*

Seen and Agreed:

                                                /s/
Jeffrey J. Binder, Esq. (DC Bar #475821)
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037
(202) 965-0199
*Counsel for Plaintiff PAETEC Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th of February, 2006, that a true and correct copy of the foregoing Consent Motion for Extension of Time has been served via Electronic Case Filing on the following:

> Jeffrey J. Binder, Esq.
> The Watergate
> 2510 Virginia Avenue, N.W.
> Washington, D.C. 20037
> *Counsel for Plaintiff*

                                                              /s/
                                                    Michael R. Sklaire