UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 1-05-CV-01485 |
| ) | |
| ATX COMMUNICATIONS, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

Upon consideration of the foregoing Consent Motion for Extension of Time filed by Defendants ATX Communications, Inc., f/k/a CoreComm HOLDCO, Inc., ATX Telecommunications Services, Inc., ATX Licensing Inc., CoreComm Communications, Inc., and CoreComm NEWCO, Inc. ("Defendants") it is hereby ORDERED that said Motion is **GRANTED**.

It is further ORDERED that Defendants' time for filing its Reply Memorandum shall be extended to February 27, 2006.

It is so Ordered.

Honorable Rosemary M. Collyer
United States District Judge

Copies to:

Deborah J. Israel, Esq.
Michael R. Sklaire, Esq.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., 7th Floor
Washington, D.C. 20005

Jeffrey J. Binder, Esq.
The Watergate
2510 Virginia Avenue, N.W.
Washington, D.C. 20037