UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAETEC COMMUNICATIONS, INC., ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ATX COMMUNICATIONS, INC., *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No.: 1-05-CV-01485 <br> Judge Rosemary M. Collyer |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of Michael R. Sklaire as co-counsel in this case for Defendants ATX Communications, Inc., *et al.* Co-counsel Deborah J. Israel will remain on this case.

Respectfully submitted,

_____/s/_____
Deborah J. Israel (DC Bar #430841)
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, D.C. 20005
Telephone: (202) 857-4489
Facsimile: (202) 467-6910
*Counsel for Defendants ATX Communications, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st of February, 2006, that a true and correct copy of the foregoing *Notice of Withdrawal* has been served via Electronic Case Filing on the following:

>Jeffrey J. Binder, Esq.
>The Watergate
>2510 Virginia Avenue, N.W.
>Washington, D.C. 20037
>*Counsel for Plaintiff*

_____/s/_____
Michael R. Sklaire
